PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:04CR00217-01** |
| ) | |
| **Joelen T. BUTLER** ) | |
| ) | |

On June 27, 2005, the above-named was placed on Supervised Release for a period of 5 years, which commenced October 17, 2008. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Glenn P. Simon

<b>GLENN P. SIMON
Senior United States Probation Officer</b>

Dated:   June 5, 2012
         Sacramento, California
         GPS:cd

**REVIEWED BY:**    /s/ Michael A. Sipe
                   **MICHAEL A. SIPE
                   Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re:     Joelen T. BUTLER
        Docket Number:   2:04CR00217-01
        **ORDER TERMINATING SUPERVISED RELEASE**
        <u>**PRIOR TO EXPIRATION DATE**</u>

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

Dated:  June 14, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

GPS:cd
Attachment:   Recommendation
cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number:  2:04CR00217-01 |
| ) | |
| Joelen T. BUTLER ) | |
| ) | |

**LEGAL HISTORY:**

On June 27, 2005,  the above-named was placed on Supervised Release for a period of 5 years, which commenced October 17, 2008.  Special conditions included:  Warrantless search; Substance abuse treatment, testing, and co-payment; Pager/cellular phone restrictions and disclosure; Alcohol abstention; DNA collection; and Not reside where any firearm is present, regardless of ownership or possession of the firearm.

**SUMMARY OF COMPLIANCE:**

Mr. Butler has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities.  It is the opinion of the probation officer that Mr. Butler has derived maximum benefit from supervision and is not in need of continued supervision.

**Re:    Joelen T. BUTLER**
**       Docket Number:   2:04CR00217-01**
**       RECOMMENDATION TERMINATING**
**       <u>SUPERVISED RELEASE PRIOR TO EXPIRATION DATE</u>**

**<u>RECOMMENDATION:</u>**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

                              Respectfully submitted,

                              /s/ Glenn P. Simon

                              **GLENN P. SIMON**
                              **Senior United States Probation Officer**

Dated:       May 22, 2012
             Sacramento, California
             GPS:cd

**REVIEWED BY:**    /s/ Michael A. Sipe
                    **MICHAEL A. SIPE**
                    **Supervising United States Probation Officer**


cc:    AUSA Ann E. Pings (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35 - Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)